IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CARA ARVIZO,

    Plaintiff,

v.                                                           No. 12-cv-0981 SMV

CAROLYN COLVIN,[1]
Acting Comm'r of SSA,

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION
## FOR ATTORNEY FEES UNDER EAJA

THIS MATTER is before the Court on Plaintiff's Motion for Attorney Fees and Costs Pursuant to Equal Access to Justice Act, [Doc.22], filed on December 12, 2013.  Plaintiff requests attorney fees in the amount of $6,649.82 and costs in the amount of $350.  In her response, the Commissioner does not object to Plaintiff's request for attorney's fees and costs.  [Doc. 23].  The Court, having considered the submissions of counsel, the record in this case, and the relevant law, and being otherwise fully advised in the premises, **FINDS** that the motion is well-taken and will be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion for Attorney Fees and Costs Pursuant to Equal Access to Justice Act [Doc.22] is **GRANTED**, and Plaintiff Cara Arvizo is authorized to receive **$6,999.82** for payment to her attorney for costs and services before this Court, as permitted by the Equal Access to Justice Act,

---

1 On February 14, 2013, Carolyn Colvin became the Acting Commissioner of Social Security and will, therefore, be substituted for Commissioner Michael J. Astrue as Defendant in this action.   *See* Fed. R. Civ. P. 25(d)(1) (permitting such substitutions).

28 U.S.C. § 2412, and in accordance with *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir. 2007).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b) of the Social Security Act, counsel shall refund the smaller award to Plaintiff pursuant to *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002) ("Congress harmonized fees payable by the Government under EAJA with fees payable under § 406(b) out of the claimant's past-due Social Security benefits in this manner: Fee awards may be made under both prescriptions, but the claimant's attorney must refun[d] to the claimant the amount of the smaller fee.") (internal quotation marks omitted).

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**